| | |
|---|---|
| **DATE:** | July 12, 2007 |
| **TO:** | Honorable Mark E. Fuller<br>Chief U.S. District Judge |
| **FROM:** | Louis D. Johns, Jr.<br>U. S. Probation Officer<br>Dothan Office |
| **SUBJECT:** | NINA S. LANDRUM<br>DKT. NO. 2:03CR00106-MEF<br><u>**SCHEDULED EXPIRATION OF SUPERVISED RELEASE**</u> |

Ms. Landrum was originally sentenced in the Middle District of Alabama, on November 24, 2003, to six (6) months custody of the Federal Bureau of Prisons followed by a three (3) year term of supervised release. As a condition of her supervision she was ordered to pay restitution jointly and severally with two other codefendants in the amount of $68,412.08, at the rate of $200 monthly. The interest on the restitution was waived at sentencing. She has paid a total of $6,700.00, and the remaining balance is $51,212.08.

Ms. Landrum has resided with her husband and two children at Fort Rucker, Alabama. Ms. Landrum has been cooperative during the term of probation, and has not presented any supervision problems.

It is the recommendation of the probation officer that Ms. Landrum's term of supervision be allowed to expire as scheduled on July 22, 2007. The U.S. Attorney's Office was contacted, and had no objection to Ms. Landrum being allowed to terminate. The remaining balance of restitution will still be owed by her, and can be collected by the U.S. Attorney.

If this officer can be of further assistance, please contact our office.

Respectfully submitted,

/s/ Louis D. Johns, Jr.
Louis D. Johns, Jr.
U.S. Probation Officer

Reviewed and approved: /s/ Robert A. Pitcher
                              Robert A. Pitcher
                              Senior U.S. Probation Officer/OIC

===

THE COURT ORDERS:

[X] Concur with recommendation
[ ] Submit a petition with request for summons or warrant
[ ] Other

Mark E. Fuller
Chief U.S. District Judge

12 July 2007
Date